**No. 09-10190. Louis K. Davis, Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 38, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5573.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 917, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4112.

**No. 09-10364. Raymond Cartwright, Jr., Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5586.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4327.

**No. 09-10391. Ronald Williams, Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5597.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 935, 130 S. Ct. 3346, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4221.

**No. 09-10410. Leigh-Davis Glass, Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5577.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4228.

**No. 09-10442. David Podlog, Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5618.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 946, 130 S. Ct. 3372, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4478.

**No. 09-10563. Jon M. Cox, Petitioner v. Gregory Schwartz, Warden.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5580.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4858.

**No. 09-10581. Lisa J. Gillard, Petitioner v. Northwestern University.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5601.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4769.